UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MCNERNEY DEVELOPMENT INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MT. HAWLEY INSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-07291-PJH<br><br>**ORDER DIRECTING THE PARTIES TO FILE STIPULATED PROTECTIVE ORDER REDLINE**<br><br>Re: Dkt. No. 99 |

The court is in receipt of the parties' proposed stipulated protective order. This district maintains a model stipulated protective order.[1] The court **ORDERS** the parties to file a redline comparison of their proposed order against the model order. The subject redline must clearly show all tracked changes from the model order. The parties must file the redline within **seven days** of this order.

Additionally, unless already provided, the parties must also send a Microsoft Word version of their proposed order to pjhpo@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: June 30, 2021

　　　　　　　　　　　　　　　　*/s/ Phyllis J. Hamilton*
　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　United States District Judge

---

[1] https://www.cand.uscourts.gov/forms/model-protective-orders/