United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MCNERNEY DEVELOPMENT INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MT. HAWLEY INSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-07291-PJH<br><br>**ORDER RE PROPOSED PROTECTIVE ORDER FOR SEALED AND CONFIDENTIAL DOCUMENTS**<br><br>Re: Dkt. No. 99 |

　　　　The parties have submitted for the court's approval a stipulation and proposed order to protect confidential information that may be produced during discovery. The court declines to sign this proposed order because it eliminates so many of the protections afforded by this district's model protective order.[1]

　　　　Of the several differences between the model order and the parties' proposed order, the court notes two examples. First, the proposed order eliminates substantial protections for third-parties that are included in the model order. Second, the proposed order appears to eliminate the potential for sanctions for filing frivolous challenges to confidentiality designations. These changes are not acceptable to the court as they make administration of the protective order more difficult.

　　　　The parties shall prepare a new proposed order based on the model protective order, making only changes that are absolutely necessary for the case at issue.

---

[1] As noted previously, the district's model protective order can be accessed at https://www.cand.uscourts.gov/forms/model-protective-orders/.

**IT IS SO ORDERED.**

Dated: July 8, 2021

                                                */s/ Phyllis J. Hamilton*
                                                PHYLLIS J. HAMILTON
                                                United States District Judge