UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARTIN MCNERNEY DEVELOPMENT INC., et al.,

Plaintiffs,

v.

MT. HAWLEY INSURANCE COMPANY, et al.,

Defendants.

Case No. 17-cv-07291-PJH

**SCHEDULING ORDER**

Re: Dkt. No. 106

The court is in receipt of the parties' stipulation and proposed order to extend deadlines. The court hereby GRANTS IN PART the parties' request to enlarge the pretrial deadlines.

The stipulation sets a dispositive motion "cutoff date," while the pretrial order sets a deadline for hearing dispositive motions. The Thursday selected by the parties is not available for hearings as CMCs are conducted every third Thursday. Therefore, the deadline for dispositive motion hearing is February 24, 2022.

The stipulation sets the trial date less than 120 days after the dispositive motion hearing date. The pretrial order requires a period of at least 120 days separating the dispositive motion hearing date and the trial date, and in any event, the May 2, 2022, date for trial is unavailable. Therefore, the trial is set on the next available date for a two-week trial, August 8, 2022.

The other dates are adopted by the court.

Deadlines are now set as follows:

- November 8, 2021: Discovery cut-off
- November 8, 2021: Initial expert disclosures
- December 1, 2021: Deadline for completing ADR
- December 8, 2021: Expert discovery cut-off
- February 24, 2022: Dispositive motion hearing deadline
- July 14, 2022: Pre-trial conference
- August 8, 2022: Trial

**IT IS SO ORDERED.**

Dated: July 21, 2021

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge